# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, *et al.*, <br><br>Plaintiffs–Appellees, <br><br>v. <br><br>JOHN ROBBINS in his official capacity as President of the Iowa State Board of Educations, *et al.*, <br><br>Defendants–Appellants. | Case No. 25-1819 <br><br><br>APPELLANTS' DESIGNATION OF APPENDIX METHOD & STATEMENT OF ISSUES |

John Robbins, McKenzie Snow, and Chad Janzen ("State Defendants"), submit the following designation and statement of issues under the Federal Rules of Appellate Procedure. This appeal follows from Case No. 4:23-cv-00478-SHL-SBJ (S.D. Iowa).

**I.  Designation.**

Defendants and Plaintiffs have conferred and agreed to the following joint designation of the record for the appendix, under Eighth Circuit Rule 30A:

*Penguin Random House v. Robbins*

- R. Doc. 34-10, Exhibit I to Plaintiffs' Brief ISO Motion for Preliminary Injunction;
- R. Doc. 88, Second Amended Complaint and included exhibits;
- R. Doc. 94, Plaintiffs' Motion for Renewed Preliminary Injunction

- R. Doc. 102, State Defendants' Response to Plaintiffs' Motion for Renewed Preliminary Injunction;
- R. Doc. 104, Plaintiffs' Corrected Brief ISO Motion for Renewed Preliminary Injunction;
- R. Docs. 104-1 to 104-17, Exhibits A–K to Plaintiffs' Corrected Brief ISO Motion for Renewed Preliminary Injunction;
- R. Doc. 107, Plaintiffs' Reply ISO Motion for Renewed Preliminary Injunction;
- R.Doc. 112, Transcript of Proceedings;
- R. Doc. 113, Court's Order Granting Renewed Preliminary Injunction.

## II. Statement of Issues.

Defendants intend to present the following issue on appeal:

1. Whether the district court abused its discretion or otherwise erred when it imposed a preliminary injunction against Iowa Senate File 496.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

Eric Wessan
Solicitor General

/s/ *Patrick Valencia*
Patrick Valencia
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on May 5, 2025. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

May 5, 2025

*/s/ Patrick C. Valencia*
PATRICK C. VALENCIA
*Deputy Solicitor General*

*Counsel for State Defendants*