# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 20, 2025

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

RE:  25-1819  Penguin Random House, LLC, et al v. John Robbins, et al

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s).

**The following deficiency(s) does not require reproduction of the entire appendix. Please electronically file a certificate of service within 5 days of the date of this notice.**

__X___CERTIFICATE OF SERVICE is missing. *Please include date, manner of service, and name(s) and address(es) of opposing counsel.*

Susan E. Bindler
Clerk of Court

DNS

cc: Kirstie Ann Brenson
 Logan S. Brundage
 Adam J. Diederich
 Meera Sarina Gorjala
 Christy Ann Aumer Hickman
 Becky S. Knutson
 Emily Kolbe
 Todd M. Lantz
 Katie Schoolen
 Jason R. Smith
 Frederick J. Sperling
 Patrick Cannon Valencia
 Miriam Deborah Van Heukelem
 Lindsay A Vaught
 Mark E. Weinhardt