**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:**   Jonathan Franklin Mitchell

**cc:**   Kirstie Ann Brenson
Logan S. Brundage
Adam J. Diederich
Meera Sarina Gorjala
Christy Ann Aumer Hickman
Becky S. Knutson
Emily Kolbe
Todd M. Lantz
Katie Schoolen
Jason R. Smith
Frederick J. Sperling
Patrick Cannon Valencia
Miriam Deborah Van Heukelem
Lindsay A Vaught
Mark E. Weinhardt
Eric H. Wessan

**FROM:**   Clifford R. Jackson

**DATE:**   June 25, 2025

**RE:**   25-1819  Penguin Random House, LLC, et al v. John Robbins, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  X____   The cover page must indicate whether the brief supports affirmance or reversal.

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.