# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1819

Penguin Random House, LLC, et al.

Appellees

v.

John Robbins, in his official capacity as President of the Iowa State Board of Education, et al.

Appellants

Jason Menke, in his official capacity as member of the Urbandale Community School District Board of Education, et al.

------------------------------

America First Legal Foundation, et al.

Amici on Behalf of Appellant(s)

Freedom to Read Foundation, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00478-SHL)

_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Chief Judge Colloton did not participate in the consideration or decision of this matter.

May 11, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler